UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE HANOVER INSURANCE COMPANY**                                                      **PLAINTIFF**

v.                                         CASE NO. 4:06-CV-546 GTE

**ETC ENGINEERS, INC.; ETC CONSTRUCTION
CO., INC.; FRESHOUR CONSTRUCTION CO., INC.;
FRANK PAUL PETRIK, Individually and as Special
Administrator of the Estate of LYNETTE M. PETRIK,
Deceased; ANTHONY BALCER; and DANIEL
ENOCH BALCER, Individually and as Personal
Representative and Administrator of the Estate of
DOUGLAS ANTHONY BALCER, Deceased;
COLLEEN MARILYN BALCER, Deceased; and
ASHTYN AGNES BALCER, Deceased;
and DON WHITE**                                                                               **DEFENDANT**

## ORDER

Plaintiffs Motion for Default Judgment is before the Court. Fed. R. Civ. P. 55 contemplates a two-step process for the entry of default judgments. First, pursuant to Rule 55(a), the party seeking a default judgment must have the Clerk enter the default by submitting the required proof that the opposing party has failed to plead or otherwise defend. Second, pursuant to Fed. R. Civ. P. 55(b), the moving party may seek entry of judgment on the default under either subdivision (b)(1) or (b)(2) of the rule. *See Dahl v. Kanawha Inv. Holding Co.*, 161 F.R.D. 673, 683 (N.D. Iowa 1995).

"Entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)." *See Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998); *see also Hagen v. Sisseton-Wahpeton Community College*, 205 F.3d 1040, 1042 (8th Cir. 2000) (citing *Johnson* for

this requirement). In this case, there has been no entry of default. In the event a clerk's default is entered, Plaintiff will have to seek a default judgment as provided for in Fed. R. Civ. P. 55(b).

It appears, however, that the name and address for ETC Engineers, Inc.'s agent for service of process on the summons may be incorrect. While the summons lists "Mizran Rahman, at 1510 S. Broadway, Little Rock, AR," the name and address of the agent for ETC Engineers, Inc. listed on the Arkansas Secretary of State's website[1] is "Mizanur Rahman" at "1516 S. Broadway, Little Rock, AR 72202." While the Court would normally treat this as a Motion for a Clerk's Default, the Court will deny this motion without prejudice to allow the parties to inquire into this matter further.[2]

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Default Judgment (# 10), be, and is hereby, DENIED without prejudice.

Dated this  29th  day of September, 2006.

                                                               /s/ G. Thomas Eisele
                                                             UNITED STATES DISTRICT JUDGE

---

[1] www.sosweb.state.ar.us/corps/index.html

[2] The Court was unable to locate the information for service of process for ETC Construction Co., Inc. However, since the same agent for service of process is listed on the summons for ETC Construction, it is possible that the same error occurred with regard to ETC Construction Co., Inc.