UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE HANOVER INSURANCE COMPANY**                                              **PLAINTIFF**

v.                            CASE NO. 4:06-CV-546 GTE

**ETC ENGINEERS, INC.; ETC CONSTRUCTION
CO., INC.; FRESHOUR CONSTRUCTION CO., INC.;
FRANK PAUL PETRIK, Individually and as Special
Administrator of the Estate of LYNETTE M. PETRIK,
Deceased; ANTHONY BALCER; and DANIEL
ENOCH BALCER, Individually and as Personal
Representative and Administrator of the Estate of
DOUGLAS ANTHONY BALCER, Deceased;
COLLEEN MARILYN BALCER, Deceased; and
ASHTYN AGNES BALCER, Deceased**                                              **DEFENDANTS**

## ORDER

Presently before the Court is the Motion to Voluntarily Dismiss Separate Defendant Frank Paul Petrik filed by Plaintiff Hanover Insurance Company. Plaintiff states that a settlement agreement has been reached.

Accordingly,

IT IS THEREFORE ORDERED that the Motion to Voluntarily Dismiss Separate Defendant Frank Paul Petrik, Individually and as Special Administrator of the Estate of Lynette M. Petrik (Dkt. #28) be, and it is hereby, GRANTED. The Complaint is dismissed with prejudice as to Separate Defendant Frank Paul Petrik, Individually and as Special Administrator of the Estate of Lynette M. Petrik.

Dated this 22nd day of January, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE