UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THE HANOVER INSURANCE COMPANY**                                                           **PLAINTIFF**

v.                                    CASE NO. 4:06-CV-546 GTE

**ETC ENGINEERS, INC.; ETC CONSTRUCTION**
**CO., INC.; FRESHOUR CONSTRUCTION CO., INC.;**
**ANTHONY BALCER; and DANIEL**
**ENOCH BALCER, Individually and as Personal**
**Representative and Administrator of the Estate of**
**DOUGLAS ANTHONY BALCER, Deceased;**
**COLLEEN MARILYN BALCER, Deceased; and**
**ASHTYN AGNES BALCER, Deceased**                                                           **DEFENDANTS**

## ORDER

Based upon the representation to the Court that this case has been settled by agreement of the parties, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

IT IS FURTHER ORDERED THAT Plaintiff's Motion for Summary Judgment (Docket No. 30) be, and it is hereby, DENIED as moot.

IT IS FURTHER ORDERED THAT the Separate Defendants' Motion for Summary Judgment (Docket No. 34) be, and it is hereby, DENIED as moot.

Dated this 1st day of March, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE